IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DARNELL HALL
Reg. #06583-025            PETITIONER

v.        No. 2:15-cv-70-DPM

C. V. RIVERA, Warden, FCI-Forrest City Medium      RESPONDENT

ORDER

On *de novo* review, the Court adopts the recommendation, № 12, and overrules Hall's objections, № 13. FED. R. CIV. P. 72(b)(3). Hall's petition will be dismissed with prejudice. Hall's motion for judgment, № 14, is denied as moot.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

4 November 2015