IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DARNELL HALL
Reg. #06583-025                                               PETITIONER

v.                 No. 2:15-cv-70-DPM

C. V. RIVERA, Warden, FCI-Forrest City Medium      RESPONDENT

## JUDGMENT

Hall's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 November 2015